# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2009

Marilyn Kelly,
Chief Justice

137255

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CHARLES WALTER WHITE,
      Defendant-Appellant.

SC: 137255
COA: 276707
Kalamazoo CC: 06-001590-FH

_____/

      On order of the Court, the application for leave to appeal the July 15, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2009

_____
Clerk

0120